# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | United States District Court, Central District of California | 4/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodan of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 5, and SSD 1 through 3 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | O'Melvey & Myers--retirement pension, paid monthly | $106,776.00 |
| 2. | 2010 | ▨▨▨ Trust for the Benefit ▨▨▨ --life income beneficiary, paid periodically throughout year | $14,675.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | October 13-17, 2011 | Goleta, California | Participant in Annual Seminar | Food, Lodging, Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Real Property: | | | | | | | | | |
| 2.  Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3.  Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5.  Held in Account 1 | | | | | | | | | |
| 6.  AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7.  Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 8.  Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 9.  Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 10.  Corning common | A | Dividend | J | T | | | | | |
| 11.  General Electric common | C | Dividend | L | T | | | | | |
| 12.  Estee Lauder common | A | Dividend | J | T | Sold (part) | 7/11/11 | J | D | |
| 13.  DirecTV (DTV) | | None | J | T | | | | | |
| 14.  Limited Brands common | D | Dividend | K | T | | | | | |
| 15.  McKesson Corp. common | A | Dividend | K | T | Sold (part) | 4/25/11 | K | D | |
| 16. | | | | | Donated (part) | | | | |
| 17.  Microsoft common | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Newell Rubbermain common | A | Dividend | J | T | | | | | |
| 19. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 20. Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 21. Walmart common | B | Dividend | L | T | | | | | |
| 22. Watson Pharmaceuticals common | | None | | | Sold | 10/17/11 | L | D | |
| 23. Washington Mutual common | | None | | | Sold | 12/22/11 | J | A | |
| 24. Excel Energy Inc. common | D | Dividend | M | T | Donated (part) | | | | |
| 25. Charles Schwab Muni Money Fund | A | Dividend | L | T | | | | | |
| 26. Supervalu Inc. common | A | Dividend | J | T | | | | | |
| 27. Bed Bath & Beyond common | | None | K | T | | | | | |
| 28. Southwest Airlines common | A | Dividend | J | T | | | | | |
| 29. Consolidated Edison | B | Dividend | M | T | | | | | |
| 30. Pimco Total Return | D | Distribution | M | T | | | | | |
| 31. Gabelli Cmall Cap Growth | A | Distribution | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. Held in Account 2: | | | | | | | | | |
| 34. Northern Trust Muni Money Market Fund | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Held in Account 3: | | | | | | | | | |
| 37. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 38. AOL Inc. (AOL) | | None | J | T | | | | | |
| 39. Time Warner Cable | A | Dividend | J | T | | | | | |
| 40. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 41. Intel Corp. common | A | Dividend | J | T | | | | | |
| 42. Ford Motor common | | None | J | T | | | | | |
| 43. Advanced Micro Devices common | | None | J | T | | | | | |
| 44. Brown Shoe common | A | Dividend | J | T | | | | | |
| 45. Manitowoc Company common | A | Dividend | J | T | | | | | |
| 46. Safeway common | A | Dividend | K | T | | | | | |
| 47. New York Times common | | None | J | T | Buy | 8/17/11 | J | | |
| 48. | | | | | | | | | |
| 49. Held in Account 4: | | | | | | | | | |
| 50. Duke Energy common | A | Dividend | J | T | | | | | |
| 51. Spectra Energy Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 53. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 54. Bank of America | A | Dividend | J | T | | | | | |
| 55. Brown Shoe Company Inc. | A | Dividend | J | T | | | | | |
| 56. Cabellas Inc. | | None | J | T | | | | | |
| 57. CVS Caremark | A | Dividend | J | T | Buy | 7/11/11 | J | | |
| 58. Corning | A | Dividend | J | T | Buy | 7/11/11 | J | | |
| 59. Intel Corporation | A | Dividend | J | T | Buy | 7/11/11 | J | | |
| 60. Stanley Black & Decker | A | Dividend | J | T | Buy | 7/11/11 | J | | |
| 61. | | | | | | | | | |
| 62. Held in Account 5: | | | | | | | | | |
| 63. AT & T Corp. common | C | Dividend | L | T | | | | | |
| 64. Comcast Corp. common | A | Dividend | K | T | | | | | |
| 65. Supervalu Inc. | A | Dividend | J | T | | | | | |
| 66. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 67. Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 68. Conagra Foods common | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GNMA PL | A | Interest | J | T | | | | | |
| 70. | A | Distribution | | | | | | | |
| 71. Dell Compuuter common | | None | K | T | | | | | |
| 72. Ford Motor Co. common | | None | L | T | | | | | |
| 73. Hewlett-Packard common | B | Dividend | M | T | | | | | |
| 74. Jones Apparel Group | A | Dividend | J | T | | | | | |
| 75. Liberty Media Holdings (LINTA) | | None | J | T | | | | | |
| 76. Liberty Media Holding | | None | J | T | | | | | |
| 77. DirecTV (DTV) | | None | K | T | | | | | |
| 78. Mattel Inc. common | A | Dividend | J | T | | | | | |
| 79. MicronTechnology common | | None | | | Sold | 4/11/11 | J | A | |
| 80. Microsoft common | C | Dividend | M | T | | | | | |
| 81. Oralce common | A | Dividend | M | T | | | | | |
| 82. Sempra Energy | B | Dividend | K | T | | | | | |
| 83. Thermo Fisher common | | None | K | T | | | | | |
| 84. Tyson Foods Inc. common | A | Dividend | J | T | | | | | |
| 85. Symantec Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Viacom Class B new | A | Dividend | K | T | | | | | |
| 87. CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 88. Waste Management common | B | Dividend | K | T | | | | | |
| 89. Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 90. Charles Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 91. Southwest Airlines common | A | Dividend | K | T | | | | | |
| 92. Intel Corp. | C | Dividend | M | T | Buy (add'l) | 4/11/11 | J | | |
| 93. Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 94. Apache Corporation | A | Dividend | M | T | | | | | |
| 95. Home Depot common | B | Dividend | L | T | | | | | |
| 96. General Electric common | B | Dividend | K | T | | | | | |
| 97. Boeing common | B | Dividend | L | T | | | | | |
| 98. Rockwell Collins common | A | Dividend | L | T | | | | | |
| 99. Chevron Corp. | C | Dividend | M | T | | | | | |
| 100. CVS Caremark | A | Dividend | L | T | | | | | |
| 101. Northrop Grumman | B | Dividend | L | T | Buy | 8/11/11 | L | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   Held in Account 7: | | | | | | | | | |
| 104.   Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 105.   IBM common | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107.   Held as Custodian: | | | | | | | | | |
| 108.   Excel Engergy Inc. common | B | Dividend | K | T | | | | | |
| 109. | | | | | | | | | |
| 110.   Trust No. 2: | | | | | | | | | |
| 111.   Schwab Vaulue Advantage Fund | A | Dividend | J | T | | | | | |
| 112.   BankAmerica bond 10/15/11 | A | Interest | | | Redeemed | 10/15/11 | J | B | |
| 113.   Los Angeles, CA bond 3/1/15 | B | Interest | K | T | | | | | |
| 114.   GNMA PL▒▒▒▒▒ | A | Interest | J | T | | | | | |
| 115. | A | Distribution | | | | | | | |
| 116.   National Grid PLC | | None | J | T | | | | | |
| 117.   Nicor Inc. common | C | Dividend | | | Merged (with line 118) | 12/16/11 | K | D | |
| 118.   AGL Resources | A | Dividend | L | T | Buy | 12/16/11 | K | | |
| 119.   Sempra Energy common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 121. BRE Properties Inc. | A | Dividend | K | T | | | | | |
| 122. | A | Distribution | J | T | | | | | |
| 123. Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 124. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 125. Charles Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 126. Washington Mutual common | | None | J | T | | | | | |
| 127. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 128. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 129. | | | | | | | | | |
| 130. Held in Account 8: | | | | | | | | | |
| 131. Cisco Systems common | | None | K | T | | | | | |
| 132. General Electric common | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134. O & M Investment Partners: | | | | | | | | | |
| 135. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |
| 136. O & M Investment Partners/Playa Vista | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. O & M Investment Partners/Playa Vista II | | None | J | U | | | | | |
| 138. O & M Investment Partners/Post Street | | None | J | U | | | | | |
| 139. O & M Investment Partners/TCW Placements Fund III | | None | | | Sold | 6/3/11 | J | A | |
| 140. O & M Investment Partners/Weddbush Capital | | None | | | Sold | 6/3/11 | J | A | |
| 141. | | | | | | | | | |
| 142. Bank Accounts: | | | | | | | | | |
| 143. Bank of America | | None | K | T | | | | | |
| 144. One West Bank fka Indymac Bank FSB | C | Interest | M | T | | | | | |
| 145. One West Bank | B | Interest | M | T | | | | | |
| 146. One West Bank | B | Interest | M | T | | | | | |
| 147. | | | | | | | | | |
| 148. Custodian Accounts: | | | | | | | | | |
| 149. Custodian Account BCS 1 | | | | | | | | | |
| 150. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 151. Custodian Account BCS 2 | | | | | | | | | |
| 152. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 153. Custodian Account BCS 3 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 155. Custodian Account BCS 4 | | | | | | | | | |
| 156. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 157. Custodian Account BCS 5 | | | | | | | | | |
| 158. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 159. Custodian Account JSL1 | | | | | | | | | |
| 160. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 161. Custodian Account JSL2 | | | | | | | | | |
| 162. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 163. Custodian Account JSL3 | | | | | | | | | |
| 164. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/8/11 | J | | Partial Gift |
| 165. Custodian Account SSD1 | | | | | | | | | |
| 166. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 167. Custodian Account SSD2 | | | | | | | | | |
| 168. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |
| 169. Custodian Account SSD3 | | | | | | | | | |
| 170. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/08/11 | J | | Partial Gift |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 4/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544